IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 12-106-1 |
|---|---|---|
| v. | : | |
| FRIDAY JAMES | : | |

**Norma L. Shapiro, J.**                                    September 9th, 2013

## ORDER

AND NOW, this 9th day of September, 2013, upon consideration of defendant's Motion for Judgment of Acquittal (paper no. 77), the response in opposition (paper no. 78), and all other relevant papers of record, it is **ORDERED** that the Motion for Judgment of Acquittal under Fed.R.Crim.P. 29 is **DENIED** as to Counts Two, Five, Six, Seven, Eleven, Twelve, Fifteen, Sixteen, Nineteen, Twenty-three, and Twenty-seven for the reasons stated in the attached memorandum.

                                                        /s/ Norma L. Shapiro
                                                                            J.